# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2968 | **DATE** | 5/18/2011 |
| **CASE TITLE** | Doremus vs. Integrated Airline Services | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's application to proceed in forma pauperis [3] and motion for appointment of counsel [4] are entered and continued to Wednesday, June 15, 2011 at 10:30 a.m.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|